[No. 51621-3-I.   Division One.   January 31, 2005.]

*In the Matter of the Estate of* RUDOLPH KRAPPES.

EDWINA R. GARTEN, *as Personal Representative, Appellant,*
v. SONDRA LEE DALEY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 01-4-00798-7, Richard McDermott, J., entered January 3, 2003. *Denied* by unpublished opinion per Schindler, J., concurred in by Cox, C.J., and Appelwick, J.

[No. 52509-3-I.   Division One.   January 31, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. ARNOLD DEXTER WYRICK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-1-08204-8, Paris K. Kallas, J., entered May 23, 2003. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox, C.J., and Grosse, J.

[No. 52874-2-I.   Division One.   January 31, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. DAMEN SEAN BACHMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-1-00170-2, David A. Nichols, J., entered August 15, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53130-1-I.   Division One.   January 31, 2005.]

MAISON DE FRANCE, LTD., *Respondent,* v. MAIS OUI!, INC., ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 01-2-13605-4, Linda Lau, J., entered July 29, 2003. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Coleman and Kennedy, JJ. Now published at 126 Wn. App. 34.